IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| OSWALDO BARRIOS, on behalf of himself and all others similarly situated,<br>   Plaintiff,<br><br>v.<br><br>INSTALLATION SQUAD, LLC; MASTEC NETWORK SOLUTIONS, LLC; BERNARDO NAPOLES; and ANGEL RINCON,<br>   Defendants. | CIVIL ACTION NO. 5:25-cv-291-JKP-ESC |

## PLAINTIFF'S ADVISORY OF INTENT TO AMEND COMPLAINT

TO THE HONORABLE JUDGE OF THE COURT:

  Plaintiff advises the Court, pursuant to the Court's Standing Order, that Plaintiff intends to amend his pleading in response to a conference with counsel for Defendant MasTec Network Solutions concerning the proposed deficiencies in Plaintiff's live pleading and the expected basis of the Rule 12(b)(6) motion that Defendant MasTec anticipates filing.

                *Respectfully submitted,*

                DEATS DURST & OWEN, PLLC

                 /s/ Matt Bachop
                Matt Bachop
                TBN: 24055127
                mbachop@ddollaw.com
                8140 N Mopac Expy, Suite 4-250
                Austin, Texas 78759
                (512) 474-6200
                FAX (512) 474-7896

                Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record by the Court's CM/ECF system on this 25th day of March, 2025.

                                          /s/ Matt Bachop
                                          Matt Bachop