CAUSE NO. 2025CI01513

| | | |
|---|---|---|
| **OSWALDO BARRIOS, on behalf of himself and all others similarly situated,** § § § *Plaintiff(s),* § § v. § § **INSTALLATION SQUAD, LLC; MASTEC** § **NETWORK SOLUTIONS, LLC; BERNARDO** § **NAPOLES; and ANGEL RINCON,** § § *Defendant(s).* | | IN THE 57TH DISTRICT COURT<br><br>OF<br><br>BEXAR COUNTY, TEXAS |

## RETURN OF SERVICE

I, Yancy Polanco, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on March 18, 2025, at 5:43 pm. I delivered these documents to Installation Squad, LLC in Broward County, FL on March 20, 2025 at 8:07 pm at 6411 SW 195 Ave, Pembroke Pines, FL 33332 by leaving the following documents with Franz Spasic who as Registered Agent is authorized by appointment or by law to receive service of process for Installation Squad, LLC.

Citation and PLAINTIFF'S ORIGINAL PETITION

White Male, est. age 45-54, glasses: N, No Hair hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=26.0378656,-80.4089531
Photograph: See Exhibit 1

Total Cost: $85.00

My name is Yancy Polanco, I am 18 years of age or older, and my address is 7795 sw 41th st, Miramar, FL 33025, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Broward County, FL on 3/24/2025.

/s/ *Yancy Polanco*

Yancy Polanco
+1 (929) 327-6707
Certification Number: SPS 1719, Broward
Expiration Date: 9/30/2025



Exhibit 1a)