IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **OSWALDO BARRIOS,** on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**INSTALLATION SQUAD, LLC; MASTEC NETWORK SOLUTIONS, LLC; BERNARDO NAPOLES; and ANGEL RINCON,**<br><br>Defendants. | § § § § § § § § § § § § § § § | NO. 5:25-cv-291-JKP-ESC |

## [Proposed] ORDER GRANTING DEFENDANT MASTEC NETWORK SOLUTIONS, LLC'S RULE 12(b)(6) MOTION TO DISMISS

On this date, the Court considered Defendant MasTec Network Solutions, LLC's Rule 12(b)(6) Motion to Dismiss. Having considered the Motion, any response and reply, and the applicable authorities, the Court is of the opinion that it should be, and hereby is, **GRANTED**.

Plaintiff's claims against Defendant MasTec Network Solutions, LLC are hereby **DISMISSED WITH PREJUDICE** in their entirety. Plaintiff and MasTec Network Solutions, LLC shall bear their own attorneys' fees, costs, and expenses.

IT IS SO ORDERED.

Signed this _____ day of _____, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE