IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| OSWALDO BARRIOS, ON BEHALF OF HIMSELF AND ALL OTHER SIMILARLY SITUATED;<br><br>*Plaintiff,*<br><br>vs.<br><br>MASTEC NETWORK SOLUTIONS, LLC,  INSTALLATION SQUAD, LLC, BERNARDO NAPOLES, ANGEL RINCON,<br><br>*Defendants.* | SA-25-CV-00291-JKP |

## ORDER OF DISMISSAL OF DEFENDANTS NAPOLES & RINCON

Before the Court is Plaintiff's unopposed oral motion at the Initial Pretrial Conference on June 2, 2025, to dismiss Defendants Bernardo Napoles and Angel Rincon pursuant to Federal Rule of Civil Procedure 41(a)(2). Defendants Napoles and Rincon have not been served and have not appeared in this action. Defendant MasTec Network Solutions, LLC, the only other Defendant to have entered an appearance, is unopposed to the motion. The Court will therefore grant the motion.

**IT IS THEREFORE ORDERED** that Defendants Bernardo Napoles and Angel Rincon be **DISMISSED** from this case without prejudice.

**IT IS SO ORDERED**.

SIGNED this 2nd day of June, 2025.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE