IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| OSWALDO BARRIOS,<br>on behalf of himself and all others similarly situated,<br>   Plaintiff,<br><br>v.<br><br>INSTALLATION SQUAD, LLC; and MASTEC NETWORK SOLUTIONS, LLC,<br>   Defendants. | § § § § § § § § § § § | CIVIL ACTION NO. 5:25-cv-291-JKP-ESC |

## **PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

  Comes now Plaintiff, Oswaldo Barrios, and files this response to the Court's June 2, 2025 Show Cause Order (Doc. 15).

  As the Order notes, Defendant Installation Squad, LLC's extended answer deadline was May 1, 2025, but it still has not filed an answer. During that time, the undersigned and the principal for Installation Squad, LLC have been in active settlement negotiations. The negotiations are continuing and moving in the direction of settlement, with the most recent offer having been made by Defendant Installation Squad, LLC this morning. Plaintiff expects to make a counter-offer by mid-week.

  Plaintiff is hopeful that a resolution will be reached, but in any event, settlement negotiations are reaching their conclusion. Plaintiff commits to either notify the Court of a settlement or to file a motion for clerk's entry of default by June 30, 2025.

  For these reasons, Plaintiff prays that the Court not dismiss his claims against Defendant Installation Squad, LLC for want of prosecution at this time.

1

*Respectfully submitted,*

DEATS DURST & OWEN, PLLC

     /s/ Matt Bachop
Matt Bachop
TBN: 24055127
mbachop@ddollaw.com
8140 N Mopac Expy, Suite 4-250
Austin, Texas 78759
(512) 474-6200
FAX (512) 474-7896

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record by the Court's CM/ECF system on this 16th day of June, 2025.

/s/ Matt Bachop
Matt Bachop