IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| OSWALDO BARRIOS, on behalf of himself and all others similarly situated, <br>       Plaintiff, <br><br> v. <br><br> INSTALLATION SQUAD, LLC; and MASTEC NETWORK SOLUTIONS, LLC, <br>       Defendants. | §§§§§§§§§§§ | CIVIL ACTION NO. 5:25-cv-291-JKP-ESC |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT INSTALLATION SQUAD, LLC AND PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT INSTALLATION SQUAD, LLC**

TO THE HONORABLE COURT AND THE DISTRICT CLERK:

Plaintiff hereby requests the Clerk to enter a default against Defendant Installation Squad, LLC, because the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Federal Rule of Civil Procedure 55(a). Defendant Installation Squad's answer was due on May 1, 2025, but Installation Squad has not filed an answer or otherwise defended the case. The only document filed by Defendant Installation Squad in the case was its Motion for Extension of Time to Respond to the Amended Complaint, which does not constitute a defensive move for purposes of Rule 55(a). *See U.S. v. 51 Pieces of Real Prop.*, 17 F.3d 1306, 1314 (10th Cir. 1994) (holding that an initial appearance and motion for extension of time to file an answer "were not defensive moves").

Plaintiff further moves the Court for entry of a default judgment against Installation Squad under Federal Rule of Civil Procedure 55(b)(2). The Clerk has or will enter a default based on Defendant's failure to plead or otherwise defend the case. Plaintiff's claims are not for a sum

certain or a sum that can be made certain by computation. Accordingly, Plaintiff requests that the Court set a hearing to determine the amount of damages.

Defendant Installation Squad is a limited liability company, so it is impossible for it to be in military service or to be a minor or incompetent person. Plaintiff respectfully prays that the Clerk issue a default and that the Court, after hearing, enter a default judgment against Defendant Installation Squad in an amount to be determined at the hearing.

*Respectfully submitted,*

DEATS DURST & OWEN, PLLC

/s/ Matt Bachop
Matt Bachop
TBN: 24055127
mbachop@ddollaw.com
8140 N Mopac Expy, Suite 4-250
Austin, Texas 78759
(512) 474-6200
FAX (512) 474-7896

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record by the Court's CM/ECF system and served on Defendant Installation Squad, LLC by e-mail to its principal, Franz Spasic, at fspasic@installationsquad.net, on this 30th day of June, 2025.

/s/ Matt Bachop
Matt Bachop