IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| OSWALDO BARRIOS, on behalf of himself and all others similarly situated, Plaintiff, v. INSTALLATION SQUAD, LLC; and MASTEC NETWORK SOLUTIONS, LLC, Defendants. | § § § § § § § § § § § | CIVIL ACTION NO. 5:25-cv-291-JKP-ESC |

### ORDERN ON PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT INSTALLATION SQUAD, LLC AND PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT INSTALLATION SQUAD, LLC

Came before the Court Plaintiff's Request for Entry of Default Against Defendant Installation Squad, LLC and Plaintiff's Motion for Entry of Default Judgment Against Defendant Installation Squad, LLC. Having considered the motion and the case file, the Court GRANTS Plaintiff's Motion.

The Clerk has entered a default against Defendant Installation Squad, LLC. A hearing on Plaintiff's Motion for Entry of Default Judgment is set for the ____ day of _____, 2025, at ___:___ __.m.

Signed this _____ day of _____, 2025.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE