IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| OSWALDO BARRIOS,<br>on behalf of himself and all others similarly situated,<br>　　　　Plaintiff,<br><br>v.<br><br>INSTALLATION SQUAD, LLC; AND<br>MASTEC NETWORK SOLUTIONS, LLC,<br>　　　　Defendants. | §<br>§<br>§<br>§<br>§　　CIVIL ACTION NO. 5:25-cv-291-JKP-ESC<br>§<br>§<br>§<br>§<br>§ |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT**

Today, the Court considered Plaintiff's Motion for Leave to File Plaintiff's Second Amended Complaint. The Court **GRANTS** the motion. It is therefore **ORDERED** that the Clerk accept and docket Plaintiff's Second Amended Complaint, which was attached as Exhibit 3 to Plaintiff's Motion for Leave to File Plaintiff's Second Amended Complaint.

Signed this _____ day of _____, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH S. ("BETSY") CHESTNEY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE