**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **OSWALDO BARRIOS,**<br>on behalf of himself and all others similarly<br>situated,<br><br>      **Plaintiff,**<br><br>**v.**<br><br>**INSTALLATION SQUAD, LLC; MASTEC<br>NETWORK SOLUTIONS, LLC;<br>BERNARDO NAPOLES; and ANGEL<br>RINCON,**<br><br>      **Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **NO. 5:25-cv-291-JKP-ESC** |

**[Proposed] ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE
PLAINTIFF'S SECOND AMENDED COMPLAINT**

On this date, the Court considered Plaintiff's Motion for Leave to File Plaintiff's Second

Amended Complaint. Having considered the Motion, the response and any reply, and the

applicable authorities, the Court is of the opinion that it should be, and hereby is, **DENIED**, as

Plaintiff's proposed amendment would be futile.

IT IS SO ORDERED.

Signed this _____ day of _____, 2025.


_____
ELIZABETH CHESTNEY
UNITED STATES MAGISTRATE JUDGE