# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **OSWALDO BARRIOS,** on behalf of himself and all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | **CIVIL ACTION NO. 5:25-cv-291-JKP-ESC** |
| **INSTALLATION SQUAD, LLC; and MASTEC NETWORK SOLUTIONS, LLC.** | § § § | |
| Defendants. | § § § § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Oswaldo Barrios and Defendant MasTec Network Solutions, LLC hereby jointly notify the Court that they have reached a settlement in principle that disposes of all claims asserted in this lawsuit against Defendant MasTec Network Solutions, LLC and are currently in the process of finalizing the settlement. The Parties anticipate filing a joint stipulation of dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure within 30 days of filing this Joint Notice.

Dated:  July 21, 2025                              Respectfully submitted,

| | |
|---|---|
| */s/ Matt Bachop (with permission)* | */s/ Nicole S. LeFave* |
| Matt Bachop | Nicole S. LeFave |
| Texas Bar No. 24055127 | Texas Bar No. 24085432 |
| mbachop@ddolaw.com | nlefave@littler.com |
| DEATS DURST & OWEN, PLLC | Kimberly Kauffman |
| 8140 N Mopac Expwy, Suite 4-250 | Texas Bar No. 24089255 |
| Austin, Texas 78759 | kkauffman@littler.com |
| Telephone:   512.474-6200 | LITTLER MENDELSON, P.C. |
| Facsimile:   512.474.7896 | 100 Congress Avenue, Suite 1400 |
| | Austin, Texas 78701 |
| **ATTORNEY FOR PLAINTIFF** | Telephone:   512.982.7250 |
| **OSWALDO BARRIOS** | Facsimile:   512.982.7248 |
| | |
| | **ATTORNEYS FOR DEFENDANT** |
| | **MASTEC NETWORK SOLUTIONS, LLC** |

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2025, a true and correct copy of the foregoing was served on all counsel of record by the Court's ECF system, including:

Matt Bachop
DEATS DURST & OWEN, PLLC
8140 N Mopac Expy, Suite 4-250
Austin, Texas 78759
mbachop@ddollaw.com

*Attorney for Plaintiff*

/s/ Nicole S. LeFave
Nicole S. LeFave
Kimberly Kauffman