IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| OSWALDO BARRIOS, § <br> on behalf of himself and all others similarly § <br> situated, § <br>     Plaintiff, § <br> § <br> v. § <br> § <br> INSTALLATION SQUAD, LLC; AND § <br> MASTEC NETWORK SOLUTIONS, LLC, § <br>     Defendants. § | CIVIL ACTION NO. 5:25-cv-291-JKP-ESC |

## **PLAINTIFF'S NOTICE OF SETTLEMENT WITH INSTALLATION SQUAD, LLC**

Plaintiff Oswaldo Barrios hereby notifies the Court that he has reached a settlement in principle that disposes of all claims asserted in this lawsuit against Defendant Installation Squad, LLC. Those Parties are currently in the process of finalizing the settlement and anticipate filing a joint stipulation of dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure within 30 days of filing this Notice.

*Respectfully submitted,*

DEATS DURST & OWEN, PLLC

      /s/ Matt Bachop
Matt Bachop
TBN: 24055127
mbachop@ddollaw.com
8140 N Mopac Expy, Suite 4-250
Austin, Texas 78759
(512) 474-6200
FAX (512) 474-7896

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record by the Court's CM/ECF system on this 22nd day of July, 2025.

    /s/ Matt Bachop
    Matt Bachop