IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| OSWALDO BARRIOS, on behalf of himself and all others similarly situated,<br>   Plaintiff,<br><br>v.<br><br>INSTALLATION SQUAD, LLC; and MASTEC NETWORK SOLUTIONS, LLC,<br>   Defendants. | § § § § § § § § § § §   CIVIL ACTION NO. 5:25-cv-291-JKP-ESC |

## PLAINTIFF'S ADVISORY TO THE COURT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Comes now Plaintiff, Oswaldo Barrios, and files this Advisory in response to the Court's July 23, 2025 Order (Doc. 24).

Plaintiff does not wish to continue to pursue his motion for leave to file an amended pleading to add a new defendant. The notices of settlement indicate complete resolution of all remaining claims and issues before the Court. The parties will file dismissal papers by August 22, 2025.

*Respectfully submitted,*

DEATS DURST & OWEN, PLLC

  /s/ Matt Bachop
Matt Bachop
TBN: 24055127
mbachop@ddollaw.com
8140 N Mopac Expy, Suite 4-250
Austin, Texas 78759
(512) 474-6200
FAX (512) 474-7896

Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record by the Court's CM/ECF system on this 24th day of July, 2025.

                        /s/ Matt Bachop
                        Matt Bachop