IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| OSWALDO BARRIOS, ON BEHALF OF HIMSELF AND ALL OTHER SIMILARLY SITUATED; | § § § § | |
| *Plaintiff,* | § § | SA-25-CV-00291-JKP |
| vs. | § § | |
| MASTEC NETWORK SOLUTIONS, LLC, INSTALLATION SQUAD, LLC, | § § § | |
| *Defendants.* | § § | |

## ORDER RETURNING CASE TO DISTRICT COURT

Before the Court is the above-styled cause of action, which was referred to the undersigned for all non-dispositive pretrial proceedings. On this day, Plaintiff filed an Advisory [#25], informing the Court that the notices of settlement on the docket resolve all issues before the Court. As no matters remain before the undersigned for resolution, the undersigned will return this case to the District Court. As previously ordered, the parties are to file their dismissal papers by August 22, 2025.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Leave to File a Second Amended Complaint [#20] is **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that all deadlines are hereby **VACATED**.

**IT IS FINALLY ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

**IT IS SO ORDERED.**

SIGNED this 25th day of July, 2025.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE