IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| OSWALDO BARRIOS,<br>on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>INSTALLATION SQUAD, LLC; and<br>MASTEC NETWORK SOLUTIONS, LLC.<br><br>    Defendants. | §§§§§§§§§§§§§§ CIVIL ACTION NO. 5:25-cv-291-JKP-ESC |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Oswaldo Barrios and Defendant MasTec Network Solutions, LLC (collectively, the "Parties") hereby file this Joint Stipulation of Dismissal with Prejudice and in support state the following:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to dismissal of all claims against all parties in this action with prejudice. The Parties and Installation Squad, LLC, have resolved all their disputes and respectfully ask the Court to Order that this matter be dismissed with prejudice and without award of costs or fees to any party.

1

Dated:  July 31, 2025                                      Respectfully submitted,


| | |
|---|---|
| */s/ Matt Bachop* | */s/ Nicole S. Lefave* |
| Matt Bachop | Nicole S. LeFave |
| Texas Bar No. 24055127 | Texas Bar No. 24085432 |
| mbachop@ddolaw.com | nlefave@littler.com |
| DEATS DURST & OWEN, PLLC | Kimberly Kauffman |
| 8140 N Mopac Expwy, Suite 4-250 | Texas Bar No. 24089255 |
| Austin, Texas 78759 | kkauffman@littler.com |
| Telephone:    512.474-6200 | LITTLER MENDELSON, P.C. |
| Facsimile:    512.474.7896 | 100 Congress Avenue, Suite 1400 |
| | Austin, Texas 78701 |
| **ATTORNEY FOR PLAINTIFF** | Telephone:    512.982.7250 |
| **OSWALDO BARRIOS** | Facsimile:    512.982.7248 |
| | |
| | **ATTORNEYS FOR DEFENDANT** |
| | **MASTEC NETWORK SOLUTIONS, LLC** |


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's CM/ECF system, on this the 31st day of July, 2025.

                                    */s/ Matt Bachop*
                                      Matt Bachop